**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA                    :

vs.                                                          : CRIMINAL NO.: 24-00211-TFM-N

TONY O'BRIAN HOLMES                      :

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Tony O'Brian Holmes, by consent,   appeared before the undersigned on July 11, 2025 pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a plea of guilty to **Count One** of the Indictment charging a violation of Title 21 Section 846 – Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense.

Through administrative error, the undersigned did not ensure that the instant Report and Recommendation was docketed at the time of the plea. Because the passage of time does not alter the material components of the plea, the Court now therefore recommends that the plea of guilty be accepted and that Defendant Tony O'Brian Holmes be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 20th day of March, 2026.

_s/P. BRADLEY MURRAY_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  See 11th Cir. R. 3-1.